IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANDRE E. CAIRO            PLAINTIFF

v.      Civil No. 07- 5115

WASHINGTON COUNTY
DETENTION CENTER, and NURSE SUSAN      DEFENDANTS

### ORDER

Andre E. Cairo submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. Pursuant to the provisions of the Prison Litigation Reform Act **the clerk is directed to collect the $350.00 filing fee from the plaintiff.** The matter of service will be determined at a later time.

IT IS SO ORDERED this 21 day of June 2007.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 26 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO72A
(Rev. 8/82)

Dockets.Justia.com