IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANDRE E. CAIRO                                                                          PLAINTIFF

v.                                           Civil No. 07- 5115

WASHINGTON COUNTY
DETENTION CENTER, and NURSE SUSAN                                DEFENDANTS

### ORDER

Andre E. Cairo submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. Pursuant to the provisions of the Prison Litigation Reform Act the clerk is directed to collect the $350.00 filing fee from the plaintiff. The matter of service will be determined at a later time.

IT IS SO ORDERED this 21 day of June 2007.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 26 2007

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)