IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANDRE E. CAIRO                                                                                                  PLAINTIFF

          v.                          Civil No. 07-5115

NURSE SUSAN JOHNSON;
and JAIL ADMINISTRATOR
RANDALL DENZER                                                                                        DEFENDANTS

**ORDER**

      As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **November 15, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

      IT IS SO ORDERED this 6th day of Sept 2007.

                                                  /s/ *J. Marschewski*
                                             HON. JAMES R. MARSCHEWSKI
                                             UNITED STATES MAGISTRATE JUDGE