IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANDRE E. CAIRO                                                PLAINTIFF

v.            Civil No. 07-5115

NURSE SUSAN JOHNSON;
and JAIL ADMINISTRATOR
RANDALL DENZER                                DEFENDANTS

## **ORDER**

On November 14, 2007, defendants filed a motion for an extension of time (Doc. 11) to file their court ordered summary judgment motion. The current summary judgment filing deadline is November 15th. Defendants contend they need additional time to obtain medical records.

The motion for an extension of time (Doc. 11) is granted. Defendants are given until **January 2, 2008**, to file their summary judgment motion.

IT IS SO ORDERED this 16th day of November 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)